IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02000–EWN–CBS

TYLER MARTINEZ, a child by his parents
as next friends,
ERNEST MARTINEZ, the child's father
and next friend, and
LAVERN MARTINEZ, the child's mother
and next friend,

    Plaintiffs,

v.

LAKE COUNTY SCHOOL DISTRICT,
LINDA KAY LEWIS, in her official and
individual capacity,

    Defendants.

## ORDER

Upon consideration of the motion to dismiss the second claim for relief and the response thereto, it is

ORDERED that the motion to dimiss (#9) be DENIED.

Dated this 3rd day of January, 2006.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Judge