IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02000–EWN–CBS

TYLER MARTINEZ, a child by his parents
as next friends,
ERNEST MARTINEZ, the child's father
and next friend, and
LAVERN MARTINEZ, the child's mother
and next friend,

    Plaintiffs,

v.

LAKE COUNTY SCHOOL DISTRICT,
LINDA KAY LEWIS, in her official and
individual capacity,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Motion to Dismiss Defendant Linda Kay Lewis With Prejudice" filed June 23, 2006. The court having read the Motion to Dismiss Defendant Lewis filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 29th day of June, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge